LAW OFFICES

# KATZ, FLATAU & BOYER, L.L.P.

355 COTTON AVENUE
MACON, GEORGIA 31201-2687

RICHARD M. KATZ
WILLIAM M. FLATAU
WESLEY J. BOYER

TELEPHONE
478/742-6481

Fax: 478/742-0108

January 6, 2014

Ms. Mary P. Hawkins
Attorney for Lease and Rental Management Corp
d/b/a Auto Loan
45 Haverhill Street
Andover, MA  01810

      RE:    Sherreco S. Saxby
              Chapter 7 Case No. 13-52657
              **Rescission of Reaffirmation Agreement**
              **2007 Nissan Altima**

Dear Ms. Hawkins:

    A reaffirmation agreement between Ms. Saxby and Lease and Rental Management Corp., d/b/a Auto Loan was filed with the Court on November 19, 2013.  She is unable to comply with the terms of the reaffirmation agreement and hereby rescinds that agreement.  You may call our office in order to make arrangements for the return of the vehicle.   Please call if you have any questions.

                                                  Very truly yours,

                                                  RICHARD M. KATZ

RMK/pjf

cc:    Sherreco S. Saxby